Sarah E. FAGAN, General Administratrix and Administratrix Ad Prosequendum of the Estate of Michael J. Fagan, Deceased,

v.

The CITY OF VINELAND, a Municipal Corporation of the State of New Jersey; Joseph Cassisi, Jr., Chief of Police of the City of Vineland; Police Officers David Tesoroni; Peter F. Coccaro, III; Benny Velez; Phillip C. Bocelli; Richard Putnam; David Cardana; Mario R. Brunetta, Jr.; John Does (fictitious names), representing other police officers of the City of Vineland Police Department; Town Liquors, a/d/b/a VTL, Inc.; Marquez Amnon Corporation, a/d/b/a East Landis Hotel and Motel; John Doe (fictitious name), agent, servant or employee selling liquors for Marquez Amnon Corporation, a/d/b/a East Landis Hotel and Motel; Jeffrey T. Pindale; and Mary Ellen Duke, Administratrix of the Estate of Christopher M. Duke, Deceased, jointly, severally and in the alternative.

Wanda PINDALE

v.

TOWN LIQUORS, a/d/b/a VTL, Inc.; John Doe I, (fictitious name) agent, servant or employee selling liquors for Town Liquors, a/d/b/a VTL, Inc.; Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; John Doe II (fictitious name), agent, servant or employee sell-

ing liquors for Marquez Amnon Corporation, a/d/b/a East Landis Hotel and Motel; The City of Vineland; A Municipal Corporation of the State of New Jersey; Joseph Cassisi, Jr., Chief of Police of the City of Vineland; David Tesoroni; John Doe III; and John Doe IV (fictitious names), representing other police officers of the City of Vineland Police Department; and Jeffrey T. Pindale, jointly, severally and in the alternative,

v.

Mary Ellen DUKE, Administratrix of the Estate of Christopher M. Duke, Third–Party Defendant.

Maurice G. DAVIS, Jr.

v.

VTL, INC. a/d/b/a Town Liquors; John Doe I (fictitious name), agent, servant or employee selling liquors for VTL, Inc., a/d/b/a Town Liquors; Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; John Doe II (fictitious name), agent, servant or employee selling liquors for Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; The City of Vineland, A Municipal Corporation of the State of New Jersey; Joseph Cassisi, Jr., Chief of Police of the City of Vineland; David Tesoroni; John Doe III; and John Doe IV (fictitious names), representing other police officers of the City of Vineland Police Department; and Jeffrey T. Pindale, jointly, severally and in the alternative and Jeffrey T. Pindale, Third–Party Plaintiff,

v.

Mary Ellen DUKE, Administratrix of the Estate of Christopher M. Duke, Third–Party Defendant.

Albino GENETTI, Administrator Ad Prosequendum of the Estate of Albert Stavoli, Deceased

v.

VTL, INC. a/d/b/a Town Liquors; John Doe I (fictitious name), agent, servant or employee selling liquors for VTL, Inc. a/d/b/a Town Liquors; Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; John Doe II (fictitious

name), agent, service or employee selling liquors for Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; The City of Vineland, A Municipal Corporation of the State of New Jersey; Joseph Cassisi, Jr., Chief of Police of the City of Vineland; David Tesoroni; John Doe III, and John Doe IV (fictitious names), representing other police officers of the City of Vineland Police Department; and Jeffrey T. Pindale, jointly, severally and in the alternative,

v.

Mary Ellen DUKE, Administratrix of the Estate of Christopher M. Duke, Third–Party Defendant.

Mary Ellen DUKE, Administratrix and Administratrix Ad Prosequendum of the Estate of Christopher M. Duke, Deceased

v.

Jeffrey T. PINDALE, presently incarcerated at the Trenton State Prison; Town Liquors a/d/b/a VTL, Inc.; Marquez Amnon Corporation a/d/b/a East Landis Hotel and Motel; John and Jane Does, fictitious names, for unknown entities and persons believed to have sold, served, or otherwise provided liquors to Jeffrey T. Pindale; The City of Vineland, a Municipal Corporation of the State of New Jersey, County of Cumberland, New Jersey; John and Jane Does, fictitious names, for unknown governmental entities and for unknown individuals believed to be police officers of said government entities involved in an unlawful high speed automobile pursuit; Joseph Cassisi, Sr., individually and as an agent of the Vineland Police Department; Mario R. Brunetta, Jr., individually and in his official capacity as the Captain of the City of Vineland Police Department; David Tesoroni, individually and in his official capacity as a member of the City of Vineland Police Department; Peter F. Coccaro, III, individually and in his

official capacity as a member of the City of Vineland Police Department; Benny Velez, individually and in his official capacity as a member of the City of Vineland Police Department; Phillip C. Bocelli, individually and in his official capacity as a member of the City of Vineland Police Department; Richard Putnam, individually and in his official capacity as a member of the City of Vineland Police Department; John and Jane Does, fictitious names for unknown individuals believed to be other police officers of the City of Vineland Police Department involved in an unlawful high speed automobile pursuit, jointly, severally and in the alternative.

Mary Ellen Duke and Sarah Fagan, Appellants Nos. 92–5481, 92–5594,

Maurice G. Davis, Jr., Wanda Pindale and Albino Genetti, Appellants Nos. 92–5482, 92–5551.

Nos. 92–5481, 92–5482, 92–5551 and 92–5594.

United States Court of Appeals, Third Circuit.

Decided Sept. 2, 1993.

Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and LEWIS, Circuit Judges.

### ORDER

A majority of the active judges having voted for rehearing in banc in the above appeal, it is

ORDERED that the Clerk of this Court vacate the panel's opinion and judgment filed August 5, 1993 and list the above case for rehearing in banc at the convenience of the court.